JOSEPH SIMON, PETITIONER-RESPONDENT, v. R. H. H. STEEL LAUNDRY, INC., RESPONDENT-PETITIONER.

*Messrs. Shaw, Hughes & Pindar* for the petitioner.

October 26, 1953. Denied.

WILLIAM BEEDIE, PLAINTIFF-RESPONDENT, v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, DEFENDANT-PETITIONER.

*Mr. Sido L. Ridolfi* and *Mr. John J. Connell* for the petitioner.

October 26, 1953. Denied.